

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2016

No. 04-15-00473-CV

**TEXAS DEPARTMENT OF INSURANCE**—Division of Workers' Compensation and
Commissioner Ryan Brannan, in his official capacity,
Appellants

v.

Dale **BRUMFIELD**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07374
Honorable Larry Noll, Judge Presiding

## O R D E R

Sitting:     Karen Angelini, Justice
             Patricia O. Alvarez, Justice
             Jason Pulliam, Justice

The panel has considered appellee's motion for rehearing. The motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 16th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court